IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:04-cr-00433-WDM-08

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8.    RAMON QUINTANA, a/k/a "Pelucho",

    Defendant.

---

**ORDER DISMISSING COUNTS 1 AND 2 OF THE INDICTMENT AS IT RELATES TO DEFENDANT RAMON QUINTANA ONLY**

---

Upon consideration of the Government's Motion to Dismiss Counts 1 and 2 of the Indictment as it Relates to Defendant Ramon Quintana Only, and for good cause shown, it is hereby

ORDERED that Counts 1 and 2 of the Indictment is dismissed as it relates to defendant Ramon Quintana only.

Dated this 14th day of February, 2006.

By the COURT:

/s/ Walker D. Miller

The Honorable Walker D. Miller
United States District Court Judge
District of Colorado